499 Pa. 206 (1982)
452 A.2d 1011
COMMONWEALTH of Pennsylvania
v.
Robert HESS, Appellant.
Supreme Court of Pennsylvania.
Argued October 27, 1982.
Decided December 10, 1982.
Peter J. Verderame, Langhorne (Court-appointed), for appellant.
Stephen B. Harris, First Asst. Dist. Atty., for appellee.
*207 Before O'BRIEN, C.J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

ORDER
PER CURIAM:
Appeal dismissed, 270 Pa.Super. 501, 411 A.2d 830, as having been improvidently granted.